IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No.: 5:14-CV-00019-D

| | |
|---|---|
| ENVIRO AGSCIENCE, INC. ) <br> ) <br> Plaintiff, ) <br> v. ) <br> REAVES ELECTRIC, INC., and ) <br> WILLIAM JASON HOWARD, ) <br> individually, ) <br> Defendants. ) | **DEFAULT JUDGMENT** |

THIS MATTER comes before the Court upon the *Motion for Default Judgment* ("Motion") (Docket #11) filed by Plaintiff, Enviro AGScience, Inc. ("Plaintiff"). It appears from an examination of the Motion, the supporting Affidavit of Louis B. Lynn, PhD, on behalf of the Plaintiff, and the other pleadings filed in this action, that Defendants Reaves Electric, Inc., and William Jason Howard ("Defendants") were duly served with the Summons and Complaint in the manner required by law; the Court entered their default for failure to respond on April 4, 2014 (Docket #12); Defendant William Jason Howard is not an infant, nor incompetent and is not in the military or armed services of the United States, nor entitled to the protection afforded by the Servicemembers Civil Relief Act of 2003 (50 U.S.C. § 501, *et seq.*); and Plaintiff is entitled to judgment by default pursuant to Fed. R. Civ. P. 55;

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the Plaintiff against the Defendants, jointly and severally, in the principal amount of $312,043.91, plus interest from December 6, 2013 at the rate of one and one-half percent per month (18% per annum) until the date of entry of this judgment and at the legal

rate thereafter, plus the costs of this action, to include Plaintiff's reasonable attorney's fees in the amount of $48,806.59 pursuant to N.C. Gen. Stat. § 6-21.2.

SO ORDERED. This the __24__ day of April, 2014.

_____
James C. Dever III
Chief United States District Court Judge

2